UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 17 08:36
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. 08 MJ 0836 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii) |
| Pedro Israel BENAVIDEZ-Alejandre, ) | Transportation of Illegal Aliens |
| ) | |
| Defendant(s) ) | |

The undersigned complainant, being duly sworn, states:

On or about **March 15, 2008**, within the Southern District of California, defendant **Pedro Israel BENAVIDEZ-Alejandre** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Adalberto MEDINA-Rubalcaba, Antonio CONTRERAS-Medina, and Erasto Santos RAMIREZ-Ramirez** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **17th** DAY OF **March 2008**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
Pedro Israel BENAVIDEZ-Alejandre

### PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Adalberto MEDINA-Rubalcaba, Antonio CONTRERAS-Medina,** and **Erasto Santos RAMIREZ-Ramirez,** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On March 15, 2008, Border Patrol Agent J. Licon Jr. and Border Patrol Agent P. Begg were performing line watch duties near the Otay Mesa Reservoir in Chula Vista, California. This area is located approximately two miles east and three miles north of the Otay Mesa, California Port of Entry. Earlier in the evening, several different seismic intrusion devices in the area of Otay Lakes had activated. One of those devices is located on a trail that leads to the Woods Drive development. Agents Licon and Begg were checking locations known as "load-up spots" located off of Woods Drive. Agents Licon and Begg encountered an older model, green, Town and Country Chrysler van that was hidden in the trees and brush. The engine of the van was running and the side door of the van was open. Agents Licon and Begg could see numerous bodies inside the cargo area of the van. Agents Licon and Begg could also see that the seats had been removed from the cargo area of the van.

As they approached the van, two more individuals jumped into the van. Agent Licon approached the driver's side of the van, while Agent Begg came around to the passenger side of the van. Agent Licon approached the driver, who was later identified as the defendant **Pedro Israel BENAVIDEZ-Alejandre**, and identified himself as a United States Border Patrol Agent. The defendant stated that he was a citizen and national of Mexico without any immigration documents that would allow him to be or remain in the United States legally. Agents Licon and Begg also identified themselves as United States Border Patrol Agents to the fourteen individuals, which were stuffed into the cargo area of the van. Agent Licon asked all fourteen individuals of which country they are a citizen and national. All fourteen individuals stated that they were citizen and nationals of Mexico without any immigration documents that would allow them to be or remain in the United States legally. At approximately 9:30 p.m., Agent Licon placed the defendant and all the fourteen individuals under arrest and transported them to the Chula Vista Border Patrol Station for processing.

### MATERIAL WITNESSES STATEMENTS:

Material witnesses **Adalberto MEDINA-Rubalcaba, Antonio CONTRERAS-Medina,** and **Erasto S. RAMIREZ-Ramirez** agree in summary that they are citizens and nationals of Mexico illegally present in the United States. They admit to entering the United States illegally. The material witnesses stated that they made arrangements in Mexico and were to pay approximately $1,500.00 (US) to be smuggled into the United States.

Material witness **Antonio CONTRERAS-Medina** was shown a photographic line up and was able to identify defendant **Pedro Israel BENAVIDEZ-Alejandre** as the driver.