# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )

             Plaintiff      )

                        )

           vs.         )

PEDRO BENAVIDEZ-ALEJANDRE )

        Defendant(s)    )

_____ )

CRIMINAL NO. _08cr961-JM_
_08mj8356_

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,    **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:    (Bond Posted / Case Disposed / Order of Court).

ANTONIO CONTRERAS - MEDINA

DATED: _4/1/08_

**Leo S. Papas**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
        DUSM

OR

**W. SAMUEL HAMRICK, JR.**  Clerk

by _____
     Deputy Clerk