

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>PEDRO ISRAEL BENAVIDEZ-ALEJANDRE,<br><br>        Defendant. | Criminal Case No. 08CR 961-JM<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and<br>(v)(II) - Transportation of<br>Illegal Aliens and Aiding and<br>Abetting |

The United States Attorney charges:

On or about March 15, 2008, within the Southern District of California, defendant PEDRO ISRAEL BENAVIDEZ-ALEJANDRE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Adalberto Medina-Rubalcaba, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 4/1/08 .

                        KAREN P. HEWITT
                        United States Attorney

                        _/s/ J.P.M._
                        JEFFREY D. MOORE
                        Assistant U.S. Attorney

JDM:lg:San Diego
3/19/08