AO 455 (Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN  DISTRICT OF CALIFORNIA

FILED

APR  1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | 08CR961-JM |
| PEDRO ISRAEL BENAVIDEZ-ALEJANDRE | CASE NUMBER: _08 mj 836_ |

I, PEDRO ISRAEL BENAVIDEZ-ALEJANDRE, the above-named defendant, who is accused of committing the following offenses:

> Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on ____4/1/08____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Pedro Israel Benavidez_
Defendant

_Charles H. Adair_
Defense Counsel

Before _____
Judicial Officer