FILED

2008 JUN 27 PM 4:28

[stamp] SOUTHERN DISTRICT OF CALIFORNIA

BY ~~~~ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 08CR00961-001-JM |
| ) | |
| v. ) | O R D E R |
| ) | |
| PEDRO ISRAEL BENAVIDEZ-ALEJANDRE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Pursuant to a written request from the United States Probation Office, the sentencing date presently set for August 8, 2008 is vacated and reset to ~~October 3,~~ SEPTEMBER 26, 2008 at 9:00 a.m..

    If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 6/26/08

Jeffrey T. Miller
U.S. District Judge

cc: all counsel of record

/ktk